# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1410

_____

Carl Stanley Turner

*Plaintiff - Appellant*

v.

Ray Hobbs, Director, Arkansas Department of Correction; Danny Burl, Warden,
E.A.R.U., Arkansas Department of Correction; Todd Ball, Assistant Warden,
E.A.R.U., Arkansas Department of Correction; Valerie Westbrook, Classification
Supervisor, E.A.R.U., Arkansas Department of Correction; Moses Jackson, Chief
of Security, E.A.R.U., Arkansas Department of Correction; Paulette Green,
Classification Supervisor, E.A.R.U., Arkansas Department of Correction

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: August 22, 2014
Filed: August 29, 2014
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Carl Turner appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having viewed the record in favor of Turner as the nonmoving party, we conclude, upon careful de novo review, that the district court correctly determined that there was no genuine issue of material fact and that the defendants were entitled to judgment as a matter of law. See Joseph v. Allen, 712 F.3d 1222, 1225 (8th Cir. 2013) (this court reviews district court's grant of summary judgment de novo, viewing all evidence and drawing all reasonable inferences in favor of nonmoving party; summary judgment is proper when there is no genuine issue of material fact and moving party is entitled to judgment as matter of law). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable D. P. Marshall Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.